SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
A Limited Liability Partnership
Including Professional Corporations
CAMILLE M. VASQUEZ, Cal Bar No. 273377
CVasquez@sheppard.com
SAMUEL A. MONIZ, Cal Bar No. 313274
SMoniz@sheppard.com
J. RANDALL BOYER, Cal. Bar No. 290003
JBoyer@sheppard.com
HONIEH UDENKA, Cal Bar No. 319103
HUdenka@sheppard.com
650 Town Center Drive, 10th Floor
Costa Mesa, California 92626-1993
Telephone: 714.513.5100
Facsimile: 714.513.5130

Attorneys for Defendant ETHAN G. CONRAD

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| PENELOPE POE, an individual,<br><br>Plaintiff,<br><br>v.<br><br>ETHAN G. CONRAD, an individual, DOES 1 through 20,<br><br>Defendants. | Case No. 2:25-cv-01118-DJC-AC<br><br>**JOINT MID-DISCOVERY STATEMENT**<br><br>Judge: Daniel J. Calabretta<br><br>Complaint Filed: April 15, 2025<br>Trial Date: November 15, 2027 |

Pursuant to the Court's February 17, 2026 Scheduling Order (ECF No. 26), Plaintiff Penelope Poe ("Plaintiff") and Defendant Ethan G. Conrad ("Defendant") (collectively with Plaintiff, the "Parties"), by and through their counsel of record, hereby submit this Joint Mid-Discovery Statement summarizing the current status of discovery proceedings.

## I. PLAINTIFF'S POSITION

Discovery has been temporarily paused as the parties agreed to settle this case on or about May 21, 2026. Since then, the Parties have been working diligently to finalize a Settlement Agreement and Release.

Should continuing discussions not result in a fully executed Settlement Agreement and Release by July 3, 2026, Plaintiff anticipates moving forward with additional discovery including but not necessarily limited to:

- Written Discovery: Interrogatories, Request for Production of Documents;
- Subpoenas: Sacramento County Sherriff's Office; and
- Depositions of all key witnesses and categories of witnesses listed in Plaintiff's Initial Disclosure including but not limited to Defendant Ethan G. Conrad, Ian Coltoff, and Darya Kakhno.

Given failed meet and confer efforts via Zoom and email, Plaintiff also intends to move to compel production and enforce subpoenas previously issued to Ethan Conrad Properties, Inc. and Ethan Conrad Construction, Inc., as well as the production of insurance information and documents under which Defendant may be liable to satisfy a possible judgment in this action as required in initial disclosures pursuant to FRCP 26.

## II. DEFENDANT'S POSITION

Pursuant to the February 17, 2026 Scheduling Order (ECF No. 26) and Federal Rule of Civil Procedure 26(a), on February 20, 2026, the Parties exchanged Initial Disclosures.

The Parties have engaged in written discovery. The parties have each propounded Requests for Production of Documents on one another. Plaintiff also issued subpoenas to non-parties, and the non-parties have served responses.

Plaintiff's partial deposition was taken on April 28, 2026.

The Parties are in the process of negotiating an agreed dismissal of this case and have briefly paused discovery efforts. The Parties will resume discovery if this case is not dismissed.

Dated: June 26, 2026

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

By /s/ Camille M. Vasquez
CAMILLE M. VASQUEZ
SAMUEL A. MONIZ
J. RANDALL BOYER
HONIEH UDENKA
Attorneys for Defendant ETHAN G. CONRAD

Dated: June 26, 2026

PHOONG LAW CORPORATION

By /s/ Chantel Lafrades
ANH. H. PHOONG
CHANTEL LAFRADES
Attorneys for Plaintiff PENELOPE POE