SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
A Limited Liability Partnership
Including Professional Corporations
CAMILLE M. VASQUEZ, Cal Bar No. 273377
CVasquez@sheppard.com
SAMUEL A. MONIZ, Cal Bar No. 313274
SMoniz@sheppard.com
J. RANDALL BOYER, Cal. Bar No. 290003
JBoyer@sheppard.com
HONIEH UDENKA, Cal Bar No. 319103
HUdenka@sheppard.com
650 Town Center Drive, 10th Floor
Costa Mesa, California 92626-1993
Telephone: 714.513.5100
Facsimile: 714.513.5130

Attorneys for Defendant ETHAN G. CONRAD

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| PENELOPE POE, an individual,<br><br>Plaintiff,<br><br>v.<br><br>ETHAN G. CONRAD, an individual, DOES 1 through 20,<br><br>Defendants. | Case No. 2:25-cv-01118-DJC-AC<br><br>**STIPULATION FOR ENTRY OF JUDGMENT OF DISMISSAL FOR DEFENDANT ETHAN G. CONRAD; [PROPOSED] JUDGMENT**<br><br>Judge: Daniel J. Calabretta<br><br>Complaint Filed: April 15, 2025<br>Trial Date: November 15, 2027 |

Plaintiff Penelope Poe and Defendant Ethan G. Conrad (collectively, the "Parties"), through their counsel of record, stipulate ("Stipulation") and request that the Court enter Judgment in the above-captioned action ("Action") as follows:

1. That judgment of dismissal be entered for Defendant Ethan G. Conrad in this Action;

2. That this Action, and all causes of action asserted herein, is dismissed in its entirety and with prejudice;

3. That the Parties shall each bear their own costs and fees incurred in connection with this Action; and

4. That the entry of judgment in accordance with this Stipulation shall not be deemed an admission of wrongdoing or fault by any Party or attorney.

Dated: August 4, 2026

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

By /s/ Camille M. Vasquez
CAMILLE M. VASQUEZ
SAMUEL A. MONIZ
Attorneys for Defendant
ETHAN G. CONRAD

Dated: August 4, 2026

PHOONG LAW CORPORATION

By /s/ Anh H. Phoong
ANH H. PHOONG
Attorneys for Plaintiff
PENELOPE POE

**IT IS SO ORDERED.**

DATE:

HONORABLE DANIEL J. CALABRETTA
DISTRICT COURT JUDGE