**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

**PENELOPE POE ,**

v.

**ETHAN G. CONRAD ,**

**JUDGMENT IN A CIVIL CASE**

CASE NO: **2:25−CV−01118−DJC−AC**

**Decision by the Court.** This action came before the Court. The issues have been tried, heard or decided by the judge as follows:

**IT IS ORDERED AND ADJUDGED THAT JUDGMENT IS HEREBY ENTERED IN ACCORDANCE WITH THE COURT'S ORDER FILED ON 08/05/26 .**

ENTERED: **August 5, 2026**

/s/ **Keith Holland**
Clerk of Court